UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


KEVIN HALL,
    Plaintiff,

No. 1:07-cv-1161

-v-

HONORABLE PAUL L. MALONEY

PATRICIA CARUSO, ET AL.,
    Defendants.


## JUDGMENT

Having dismissed all defendants, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Defendants and against Plaintiff.


Date:  September 9, 2009                    /s/ Paul L. Maloney
                                                                      Paul L. Maloney
                                                                       Chief United States District Judge